THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 18, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Daniel Lee Jensen, | Chapter 13 Bankruptcy |
| Debtor | Case No. 13-21336-svk |

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

At the hearing held on June 17, 2013, on the Trustee's Motion to Dismiss this case, based on the representations made on the record, the Court approved the withdrawal of the Trustee's Motion upon the following terms and conditions:

> Should there be any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the Court.

#####

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344